# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:06-cr-00166-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL KERCHERVAL, | |
| Defendant. | |

Before the Court is Defendant Miguel Kercherval's motion to waive interest on restitution. (ECF No. 51.) The government has not filed a response and the deadline to do so has expired. Defendant represents that he has paid the full restitution amount, leaving a balance consisting of interest on the restitution in the amount of $4,582.80 as of April 2, 2026. (ECF Nos. 51 at 2; 51-4.) Defendant requests a waiver of the interest, contending payment would impose financial hardship. (ECF Nos. 51 at 2; 51-2.)

The Court may waive the requirement for interest if the Court "determines defendant does not have the ability to pay interest." 18 U.S.C. § 2612(f)(3). Here, the Court imposed restitution in the amount of $9,500.00 and a special assessment of $100.00. (ECF No. 37 at 5.) Defendant has paid $10,030.49 during his incarceration and since his release. (ECF No. 51-4.) Under the circumstances here, the Court agrees with Defendant that the requirement for further interest should be waived given the financial hardship of continued interest payment. Accordingly, the Court grants Defendant's motion (ECF No. 51) and will waive the interest owed.

DATED THIS 9th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE